AO 93  (Rev. 11/13) Search and Seizure Warrant

**FILED**

United States District Court

Albuquerque, New Mexico

Mitchell R. Elfers

Clerk of Court

# UNITED STATES DISTRICT COURT

for the

District of New Mexico  ▼

In the Matter of the Search of                    )
*(Briefly describe the property to be searched*    )
*or identify the person by name and address)*      )    Case No.    **26-MR-518**
THE BODY OF BRANDON HOLLMON, YOB 1993              )
                                                   )
                                                   )

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ New Mexico _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____ March 30, 2026 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Laura Fashing _____ .
                                                                         *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    **4:42 PM, Mar 16, 2026**    _____
                                                        *Judge's signature*

City and state:    Albuquerque, NM    _____

Laura Fashing, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>25 - 25208 | Date and time warrant executed:<br>03/24/2026  1046 | Copy of warrant and inventory left with:<br>Brandon Hollmon |
| Inventory made in the presence of :<br>M. Flores | | |

Inventory of the property taken and name of any person(s) seized:

- 2 swabs

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/24/2026

_____
*Executing officer's signature*

H. Garcia  TFO ATF
*Printed name and title*

ATTACHMENT A

PERSON TO BE SEARCHED

The person of Brandon HOLLMON (born in 1993, SSN: XXX-XX-1873), so long as he is in the District of New Mexico at the time of the search. Currently, HOLLMON is at Northwestern New Mexico Correctional Center.

HOLLMON is pictured below:



## ATTACHMENT B

### ITEMS TO BE SEIZED

Law enforcement will collect two (2) Deoxyribonucleic Acid ("DNA") samples from Brandon HOLLMON (born in 1993, SSN: XXX-XX-1873), by way of buccal swabs.